

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00104-CR

_____

DAVID MAX ALLEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. A19251-1209, Honorable Edward L. Self, Presiding

July 11, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Pending before this court is a motion to dismiss the appeal signed by both appellant David Max Allen and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

Do not publish.